**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| R.B., an individual,<br><br>    Plaintiff,<br><br>v.<br><br>GS Hotel Management LLC *et al.*,<br><br>    Defendants. | **Civil Action No.: 1:25-cv-14026** |

**DEFENDANT CHOICE HOTELS INTERNATIONAL, INC.'S**
**<u>MOTION TO DISMISS</u>**

Defendant Choice Hotels International, Inc. ("Choice"), by and through undersigned counsel, and pursuant to Fed. R. Civ. P. 12(b)(6), moves to dismiss Plaintiff's Complaint ("Compl.") (Doc. No. 1), with prejudice. As set forth in the attached Memorandum of Law and Brief in Support, Plaintiff seeks damages against Choice under the Trafficking Victims Protection Reauthorization Act ("TVPRA"), 18 U.S.C. § 1595(a). Plaintiff alleges that Choice is liable under participant and perpetrator theories. However, her Complaint fails to state a claim under a participant theory because the Complaint fails to plead Choice's knowledge, Choice's "participation in a venture," or that Choice knowingly benefitted from Plaintiff's trafficking. She fails to state a claim for perpetrator liability because she fails to plausibly allege that Choice itself violated the criminal trafficking statute by having actual knowledge, or reckless disregard, that Plaintiff was subjected to force, fraud, or coercion in her trafficking. Finally, Plaintiff's vicarious liability claim fails because a franchise relationship does not give rise to liability under the TVPRA as a matter of law under the facts of this case. Choice's Memorandum of Law and Brief in Support of this Motion is attached and incorporated by reference.

**Certificate of Compliance with Local Rule 7.1(a)**

I, Emily Coughlin, certify that, under Local Rule 7.1(a), Counsel for Choice conferred in good faith with Plaintiff's counsel and Plaintiff's counsel oppose the instant Motion.

**Request for Oral Argument**

Pursuant to Local Rule 7.1(d), Choice Hotels International, Inc. requests oral argument on this motion.

Respectfully submitted this 8th day of April, 2026.

*/s/ Sara M. Turner*
Sara M. Turner
(admitted pro hac vice)
Baker Donelson Bearman
Caldwell & Berkowitz, PC
1901 6th Avenue North
Suite 2600
Birmingham, Alabama 35203
Phone: (205) 328-0480
smturner@bakerdonelson.com

*/s/ Emily Coughlin*
Emily Coughlin (BBO #554526)
Coughlin Betke LLP
175 Federal Street
Boston, Massachusetts 02110
Phone: 617-988-8050
ecoughlin@coughlinbetke.com

***Counsel for Defendant Choice Hotels International, Inc.***